FILED
CLERK, U.S. DISTRICT COURT
APR 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA MANFRO, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case Number: 2:10:CV-4699-SVW(FMOx) <br> (Hon. Stephen V. Wilson, Dept. 6) <br><br> [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br> **Trial Date:** May 17, 2011 <br> **Pre-Trial Conf.:** May 9, 2011 |

PURSUANT TO THE STIPULATION OF COUNSEL, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT THE ENTIRE CASE IS DISMISSED, WITH PREJUDICE, PURSUANT TO THE CONFIDENTIAL SETTLEMENT REACHED AMONGST THE PARTIES. EACH PARTY TO BEAR THEIR OWN ATTORNEYS' FEES AND COSTS.

IT IS SO ORDERED.

DATED April 18, 2011          _/s/ Stephen V. Wilson_
                              HON. STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE